Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 18, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 18, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00847-CV

____________

 

IN RE ROBERTO PERALES, Relator

__________________________________________________

 

ORIGINAL PROCEEDING

WRIT
OF MANDAMUS

__________________________________________________

 

M E M O R A N D U M   O
P I N I O N

On September 1, 2004, relator filed a petition
for writ of mandamus in this Court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator complains that the trial judge failed
to set a hearing on relator=s application for writ of habeas corpus.  The trial judge has filed findings of fact
and conclusions of law in relator=s appeal in this court (case number
14-04-00803-CR), finding that the application for writ of habeas corpus was
considered and denied on January 14, 1992.

Relator has not established that he is entitled to mandamus
relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed November 18, 2004.

Panel consists of
Justices Anderson, Hudson, and Frost.